UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

    R FRANCIS DIPRETE                  BK-19-11151
        Debtor                         CHAPTER 13

## MOTION TO DISMISS

The Trustee moves that this Court dismiss the within proceedings on the grounds that the Debtor failed to appear for the meeting scheduled under §341 of the Bankruptcy Code scheduled for October 4, 2019. *See In re Maali*, 452 B.R. 325 (D.Mass. 2010).

/s/ John Boyajian
John Boyajian, Trustee
400 Westminster Street, Box 12
Providence, RI 02903
Tel: (401) 223-5550
Fax: (401) 223-5548

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATION

I hereby certify that a copy of the within Motion was mailed, postage prepaid, to Mr. R. Francis DiPrete, 255 Ide Road, Scituate, RI 02857 on October 4, 2019.

/s/ Theresa S. French