### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In Re: R Francis DiPrete

BK No. 1:19−bk−11151

Debtor(s)

Chapter 13

### ORDER GRANTING (doc# 27 )
### Re: Motion to Dismis Case for Failure to Make Plan Payments filed by Trustee John Boyajian

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 27 ) is **GRANTED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **10/22/19**

Entered on Docket: **10/22/19**
Document Number: **33 − 27**

145.jsp