*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: R Francis DiPrete

Debtor(s)

BK No. 1:19–bk–11151

Chapter 13

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above debtor(s) was entered on: 10/22/2019 .

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **11/12/19**

Entered on Docket: **11/12/19**
Document Number: **35 – 33**

309.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*